

O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

September 3, 2025

**Allen W. Burton**
D: +1 212 326 2282
aburton@omm.com

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:**    **Letter-Motion to Extend Provisional Sealing Order, Set Briefing Schedule, and
Schedule a Teleconference With the Court**

Dear Judge Subramanian:

We represent Plaintiffs in *ESPN Enters., Inc. v. DISH Network L.L.C.*, 1:25-cv-07169-AS, filed
on August 26, 2025.  We write to Your Honor regarding several matters:

On August 28, Plaintiffs' motion to seal the unredacted complaint and file a redacted version on
the public docket was provisionally granted for a period of seven days by Judge Abrams,
subject to Your Honor's review and further extension.  That period expires on Thursday,
September 4.  For the reasons set forth in Plaintiffs' motion to seal, 1:25-mc-00368, Dkts. 3, 3-1,
3-2, we respectfully move for an order granting the motion for the duration of this litigation.  We
have conferred with counsel for Defendant, copied below, who consents to this request.

We also wish to apprise Your Honor that Plaintiffs intend to promptly move for a preliminary
injunction, and to that end, we have met and conferred with Defendant's counsel regarding the
scheduling of that motion as well as Defendant's response to the complaint.  As a result, the
parties jointly propose the following schedule, including their request for oral argument, all
subject to Your Honor's permission:

>  September 11, 2025: Plaintiffs' Motion for Preliminary Injunction

>  September 30, 2025:  Defendant's Opposition to Plaintiffs' Motion for Preliminary
> Injunction

>  October 10, 2025: Plaintiffs' Reply in Support of Motion for Preliminary Injunction

>  October 21, 2025, or as soon thereafter as the Court is available: Preliminary Injunction
> Hearing

O'Melveny

The parties also agreed that Defendant's response to the complaint will be due two weeks after the Court's ruling on Plaintiffs' Motion for Preliminary Injunction.

If Your Honor is amenable, Plaintiffs suggest that a conference call at Your Honor's earliest convenience would be helpful in finalizing these matters.

Finally, in accordance with Your Honor's Individual Practices in Civil Cases, Plaintiffs designate Daniel M. Petrocelli as Lead Trial Counsel for Plaintiffs in this case.

Respectfully submitted,

/s/ Allen W. Burton

Allen W. Burton
Daniel M. Petrocelli (*pro hac vice* pending)

cc:     Elyse Echtman
        Steptoe LLP
        Counsel for Defendant

Plaintiff's request to seal the unredacted complaint and to file a redacted complaint is GRANTED. The parties' proposed briefing schedule is ADOPTED. Defendants shall answer the complaint two weeks after the Court rules on plaintiff's motion for a preliminary injunction. The Court will hold a hearing on plaintiff's motion for a preliminary injunction on **October 22, 2025** at **2:00 PM** in **Courtroom 15A, 500 Pearl St., New York, NY 10007.** The Court is happy to hold a conference in advance if it would be helpful to the parties, but otherwise, none is required.

The Clerk of Court is directed to terminate the motion at Dkt. 9.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: September 4, 2025