UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WarnerMedia Network Sales, Inc., Discovery Communications, LLC, Scripps Networks, LLC, The Travel Channel, L.L.C., Television Food Network, G.P., and Cooking Channel, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>DISH Network L.L.C.,<br><br>*Defendant*. | Civil Action No. 1:25-cv-07463<br>[rel. 1:25-cv-07169]<br><br>[PROPOSED]<br>ORDER FOR ADMISSION<br>PRO HAC VICE |

The motion of Michelle S. Kallen for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the bars of California, Virginia, and the District of Columbia; and that her contact information is as follows:

> Michelle S. Kallen
> STEPTOE LLP
> 1330 Connecticut Avenue, N.W.
> Washington, D.C. 20036
> Tel: (202) 429-6415
> E-mail: mkallen@steptoe.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for DISH Network L.L.C. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at

http://nysd.uscourts.gov/ecf_registration.php.

The attorney admitted Pro Hac Vice must serve a copy of this Order on all other counsel in this case.

Dated:  September 23, 2025
New York, New York

United States District Judge