Elyse D. Echtman
212 378 7551
eechtman@Steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

**Steptoe**

October 23, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *ESPN Enterprises, Inc. et al. v. DISH Network L.L.C.*, Case No. 25-civ-7169 (AS) (BCM): **Follow-Up on October 22, 2025 Hearing**

Dear Judge Subramanian:

On behalf of Defendant DISH Network L.L.C. ("DISH"), we write to advise the Court and Plaintiffs that, effective today, DISH is changing the time parameters for the Weekend Pass on the Sling Orange service to run from 1 a.m. MT on Friday to 1 a.m. MT on Monday. The Weekend Pass is now a full 72 hours.

Respectfully submitted,

*/s/ Elyse D. Echtman*

Elyse D. Echtman

cc: Counsel of record