Elyse D. Echtman
+1 212 378-7551 direct
eechtman@steptoe.com

1114 Avenue of the Americas
New York, NY 10036-7703
212 506 3900 main
www.steptoe.com

**Steptoe**

October 27, 2025

**Via ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Letter-Motion to Seal Transcript of October 22, 2025 Hearing in *ESPN Enters., Inc. et al. v. DISH Network L.L.C.*, 1:25-cv-07169-AS

Dear Judge Subramanian:

Pursuant to Rule 11.C of Your Honor's Individual Rules and Practices in Civil Cases, Plaintiffs ESPN Enterprises, Inc., et al. ("Plaintiffs") and Defendant DISH Network L.L.C. ("Defendant," and together with Plaintiffs, the "Parties"), jointly and respectfully request the Court's approval to seal the transcript of the October 22, 2025 hearing on Plaintiffs' motion for a preliminary injunction. There is good cause to seal this transcript, which includes a detailed discussion of the Parties' commercially sensitive and confidential business information, which has been designated by the Parties as confidential and highly confidential pursuant to the Protective Order in this matter. *See* Dkt. 20.

In determining whether sealing is appropriate, courts assess the public's right of access to judicial documents against countervailing factors, including privacy interests of the parties, but even "where the First Amendment is implicated," "business data such as pricing information and negotiations"—all of which were discussed at the hearing—"may remain under seal." *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, 2023 WL 196134, at *6 (S.D.N.Y. Jan. 17, 2023). *See also Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006); *Samsung Elecs. Co. v. Microchip Tech. Inc.*, 748 F. Supp. 3d 257, 260-61 (S.D.N.Y. 2024) (granting motion to seal "copies of business agreements and patent licensing agreements"); *W.J. Deutsch & Sons Ltd. v. Diego Zamora, S.A*, 2022 WL 890184, at *3 (S.D.N.Y. Mar. 25, 2022) (sealing pricing

information, marketing strategies, and details of agreements between the movant and third-parties, among other categories of information).

The terms of the Parties' licensing agreements were discussed in extensive detail at the hearing, including such details as the termination date of the contract and the precise wording of many subsections of the present agreement, and the terms and negotiations of previous agreements. The terms of the Parties' agreements are confidential, and disclosure of their details would hinder the Parties' ability to negotiate future licensing agreements with other partners, placing Plaintiffs and Defendant at a competitive disadvantage. *See Standard Inv. Chartered, Inc. v. Fin. Indus. Regul. Auth., Ind.*, 347 F. App'x 615 (2d Cir. 2009) (sealing information where disclosure could cause movant "significant competitive disadvantage"); *Fairstein v. Netflix, Inc.*, 2023 WL 6164293, at *4 (S.D.N.Y. Sept. 21, 2023) (sealing contracts between Netflix and writers, which are "proprietary and confidential materials about business operations that, if disclosed, have the potential to harm Netflix's competitive standing"); *In re Keurig*, 2023 WL 196134, at *12 (sealing "recent, non-public, information that will work a competitive harm . . . if it is released").

Accordingly, the Parties respectfully request that the Court grant this joint request to seal the transcript of the October 22, 2025 hearing. If the Court grants this request, the Parties will submit a proposed redacted version of the hearing transcript within three days of the resolution of this letter-motion.

Respectfully submitted,

*/s/ Daniel M. Petrocelli*
Daniel M. Petrocelli
*Counsel for Plaintiffs*

*/s/ Elyse D. Echtman*
Elyse D. Echtman
*Counsel for Defendant*

cc: All counsel of record

GRANTED. The parties shall submit a proposed redacted version of the hearing transcript by October 30, 2025.

The Clerk of Court is directed to terminate the motion at Dkt. 81.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 27, 2025