

O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035

T: +1 310 553 6700
F: +1 310 246 6779
omm.com

November 25, 2025

**Daniel M. Petrocelli**
D: +1 310 246 6850
dpetrocelli@omm.com

<u>**VIA ECF**</u>

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:**     <u>***ESPN Enterprises, Inc. et al. v. DISH Network L.L.C.*, 1:25-cv-07169-AS:***</u>
         <u>**Joint Motion for Extension of Time**</u>

Dear Judge Subramanian:

Plaintiffs and Defendant previously proposed a schedule, adopted by the Court, pursuant to which Defendant's response to Plaintiffs' complaint is due two weeks after the Court rules on Plaintiffs' Motion for Preliminary Injunction.  Dkt. 9; Dkt. 15.  The Court issued an Opinion and Order denying Plaintiffs' Motion for Preliminary Injunction on November 17, 2025, Dkt. 85, making Defendant's response to Plaintiffs' complaint due by December 1, 2025.

After the Court issued its Opinion and Order, Plaintiffs and Defendant conferred and jointly propose the following revised schedule, subject to Your Honor's approval:

> Plaintiffs will file an amended complaint by December 19, 2025 (pursuant to Fed.R.Civ.P. 15(a)(1)).

> Defendant will respond to Plaintiffs' amended complaint by January 9, 2026 and Defendant is relieved from the obligation to respond to the original complaint.

We appreciate the Court's consideration and request that it adopt the revised schedule proposed herein.

O'Melveny

Respectfully submitted,

*/s/ Daniel M. Petrocelli*
Daniel M. Petrocelli (admitted *pro hac vice*)
Counsel for Plaintiffs

*/s/ Elyse Echtman (e-filed with consent)*
Elyse Echtman
Counsel for Defendant

GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 86. The parties should also meet and confer to discuss a case management plan and submit one (or competing proposals) on or before December 5, 2025.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 1, 2025

2