**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ESPN ENTERPRISES, INC., et al.,

        *Plaintiffs*,

-against-

DISH NETWORK L.L.C.,

        *Defendant*.

Civil Action No. 1:25-cv-07169-AS-BCM

**NOTICE OF DEFENDANT DISH NETWORK L.L.C.'S PARTIAL
MOTION TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and supporting materials, Defendant DISH Network L.L.C. will move this Court, before the Honorable Arun Subramanian, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, New York 10007, at a date and time to be determined by the Court, for an Order: (1) dismissing Counts I and II of the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); and (2) granting such other and future relief as the Court deems proper.

2

| | |
|---|---|
| Dated: January 2, 2026<br>New York, NY | **STEPTOE LLP**<br><br>By:   /s/ Elyse D. Echtman<br>Elyse D. Echtman<br>1114 Avenue of the Americas<br>New York, NY 10036<br>T: (212) 378-7551<br>eechtman@steptoe.com<br><br>Michael J. Allan<br>Michelle Kallen (admitted *pro hac vice*)<br>Emma Marshak (admitted *pro hac vice*)<br>1330 Connecticut Ave NW<br>Washington, DC 20036<br>T: (202) 429-3000<br>mallan@steptoe.com<br>mkallen@steptoe.com<br>emarshak@steptoe.com<br><br>*Attorneys for Defendant DISH Network L.L.C.* |