Pantelis Michalopoulos
202 429-6494
pmichalopoulos@steptoe.com

**Steptoe**

1330 Connecticut Avenue, NW
Washington, DC 20036
202 429-3000 main
www.steptoe.com

March 11, 2026

**Via ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:    Letter-Motion to Seal Portions of Defendant's Opposition to Joint Letter Motion
Requesting Partial Stay of Discovery,** *ESPN Enterprises, Inc. et al. v. DISH Network
L.L.C.,* **1:25-cv-07169-AS**

Dear Judge Subramanian:

Pursuant to Rule 11.C of Your Honor's Individual Rules and Practices in Civil Cases, Defendant/Counterclaim Plaintiff DISH Network L.L.C. ("DISH") respectfully requests the Court's approval to seal certain confidential and commercially sensitive information contained in an exhibit to DISH's Opposition to Plaintiffs/Counterclaim Defendants' Joint Letter Motion Requesting Partial Stay of Discovery (the "Opposition").

Specifically, DISH respectfully seeks permission to seal the following commercially sensitive and confidential business information:

- Certain portions\* of **Exhibit 1**, a letter from DISH Counsel Elyse D. Echtman to Plaintiff's Counsel Daniel Petrocelli regarding Plaintiffs' January 20, 2026 Responses and Objections to DISH's First Set of Requests for Production.

There is good cause to seal and redact the confidential materials identified above.  Courts in the Second Circuit assess the public's right of access to judicial documents against countervailing factors, including privacy interests of the parties, and may award confidential treatment to documents when "sealing is necessary to preserve higher values and . . . the sealing order is narrowly tailored to achieve that aim."  *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006).

---

\*      DISH has designated certain portions of these materials "Confidential Information," pursuant to the Protective Order.

The Honorable Arun Subramanian
March 11, 2026
Page 2 of 2

Where, as here, there is a "possibility of competitive harm to an enterprise if confidential business information is disclosed," courts in this district have explained that there may "be an interest meriting sealing." *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, No. 14-MC-2542 (VSB), 2023 WL 196134, at *3 (S.D.N.Y. Jan. 17, 2023) (collecting cases); *id.* at *12 (sealing "recent, non-public, information that will work a competitive harm . . . if it is released.").

Considering these principles, sealing is warranted. Exhibit 1 to the Opposition contains references to portions of Plaintiffs' Amended Complaint which reference the terms of Plaintiffs' licensing agreements and commercial relationships with third parties. The terms of such carriage agreements are confidential, and disclosure of their details would hinder the ability to negotiate future licensing agreements with other distribution partners. *Coach IP Holdings, LLC v. ACS Grp. Acquisitions LLC*, 2024 WL 3965936, at *2 (S.D.N.Y. Aug. 27, 2024) (granting motion to seal licensing agreement because it could disadvantage future agreement negotiations).

Finally, the treatment requested here is comparable to how the Parties' have handled prior sensitive materials in this litigation. *See, e.g.,* Dkt. 113, 116, 121, 125, 128, 129, 148.

Accordingly, DISH respectfully requests that the Court grant DISH's request to file a redacted version of Exhibit 1 to the Opposition. The Opposition and the relevant exhibit are being filed concurrently with this letter motion in both redacted and highlighted form, pursuant to Rule 11.C.iii of the Court's Individual Rules and Practices in Civil Cases.

We have met and conferred with counsel for Plaintiffs/Counterclaim Defendants, and Plaintiffs/Counterclaim Defendants consent to sealing of material that is subject to the Protective Order.

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 171.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 16, 2026

Respectfully submitted,

*/s/ Pantelis Michalopoulos*
Pantelis Michalopoulos
*Counsel for Defendant/Counterclaim Plaintiff DISH Network L.L.C.*

cc: All counsel of record