UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPN ENTERPRISES, INC., et al.,<br><br>                    Plaintiffs,<br><br>      -against-<br><br>DISH Network L.L.C.,<br><br>                   Defendant. | 25-cv-7169 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Disney's motion to stay discovery on the antitrust counterclaims pending resolution of the motion to dismiss, Dkt. 188, is GRANTED.

DISH's motion to seal, Dkt. 195, is GRANTED.

DISH's motion to compel, Dkt. 181, is DENIED AS MOOT. If DISH believes that the motion is not moot, then DISH should notify the Court by Thursday, April 16, 2026.

The Clerk of Court is directed to terminate the motions at Dkts. 181, 188, and 195.


      SO ORDERED.

Dated: April 13, 2026
       New York, New York

                                                 ARUN SUBRAMANIAN
                                   United States District Judge