**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ESPN ENTERPRISES, L.L.C., et al., | |
| *Plaintiffs*, | Civil Action No. |
| -against- | 1:25-cv-07169-AS-BCM |
| DISH NETWORK L.L.C., | |
| *Defendant.* | |
| DISH NETWORK L.L.C., | |
| *Defendant/Counterclaim Plaintiff*, | |
| -against- | |
| ESPN ENTERPRISES, L.L.C., et al., | |
| *Plaintiffs/Counterclaim Defendants,* | |

**NOTICE OF BANKRUPTCY FILING AND AUTOMATIC STAY**
**OF PROCEEDINGS FOR DISH NETWORK L.L.C.**
**AND CERTAIN OF ITS AFFILIATES**

**PLEASE TAKE NOTICE** that, on June 30, 2026, DISH Network L.L.C. ("DISH") and

certain of its affiliates (each a "Debtor" and collectively, the "Debtors")[1] filed voluntary petitions

for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532

(the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of

Texas, Houston Division (the "Bankruptcy Court"). A copy of the voluntary petition of DISH

(Case No. 26-90631, Docket No. 1), is attached hereto as **Exhibit A**.

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/DBS. The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

**PLEASE TAKE FURTHER NOTICE** that each of the Debtors' chapter 11 cases (collectively, the "Chapter 11 Cases") is pending before the Honorable Judge Christopher M. Lopez.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions automatically "operates as a stay, applicable to all entities, of—"

> (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title; [and] (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate . . . .

11 U.S.C. § 362(a)(1)–(3) (enumerating three of eight categories of actions automatically stayed upon filing of chapter 11 petition) (the "Automatic Stay").[2]  Other than with respect to debtor-in-possession financing, no order has been sought or entered in the Chapter 11 Cases granting any relief to any party from the Automatic Stay.

**PLEASE TAKE FURTHER NOTICE** that any action taken against the Debtors—including DISH—without obtaining from the Bankruptcy Court relief from the Automatic Stay may be void *ab initio* and result in a finding of contempt for violation of the Automatic Stay.  Any party wishing to take action against the Debtors should contact the Debtors' counsel before taking any action in the above-captioned proceeding (this "Proceeding") to ensure that such action does not constitute a violation of the Automatic Stay.  The Debtors reserve and retain all rights to seek

---

[2]  Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case.

relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the Automatic Stay and to seek entry of an order of the Bankruptcy Court enforcing the Automatic Stay against any person that has taken any action in violation of the Automatic Stay.

**PLEASE TAKE FURTHER NOTICE** that, if the Court or any party wishes to memorialize the conditions set forth above in a formal court order, DISH is prepared to enter into a stipulation and agreed order reflecting such conditions in such form as the Court may direct. DISH requests that any party wishing to discuss the entry of such a stipulation and agreed order contact DISH's counsel promptly.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Chapter 11 Cases may be obtained free of charge by visiting the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/DBS. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at https://ecf.txsb.uscourts.gov/ (PACER login and password required) in accordance with the procedures and fees set forth therein.

Dated:   July 2, 2026
   New York, NY

By **Monday, July 13, 2026**, plaintiffs should file a letter confirming that they agree this case should be stayed in light of the pending bankruptcy proceeding, or otherwise explain why a stay would not be justified.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 8, 2026

**STEPTOE LLP**

By:   */s/ Elyse D. Echtman*
  Elyse D. Echtman
  1114 Avenue of the Americas
  New York, NY 10036
  T: (212) 378-7551
  eechtman@steptoe.com

  *Lead Trial Counsel for DISH Network L.L.C.*

3

**CERTIFICATE OF SERVICE**

I, Elyse D. Echtman, certify that on July 2, 2026, a copy of this document was served on all counsel of record using the Court's e-filing system.

Dated:  July 2, 2026

*/s/ Elyse D. Echtman*
Elyse D. Echtman