

O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035

T: +1 310 553 6700
F: +1 310 246 6779
omm.com

July 13, 2026

**Daniel M. Petrocelli**
D: +1 310 246 6850
dpetrocelli@omm.com

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *ESPN Enterprises, Inc. et al. v. DISH Network L.L.C.*, 1:25-cv-07169-AS:
       Letter Regarding Stay Pending Resolution of Bankruptcy Proceeding

Dear Judge Subramanian:

We represent Plaintiffs and certain Counterclaim Defendants ("Disney") in the above-captioned matter.  We write in response to the Court's July 8, 2026 Order requesting Plaintiffs' position on DISH Network L.L.C.'s ("DISH's") Notice of Bankruptcy Filing and Automatic Stay of Proceedings.  Dkt. 207.

Disney agrees that the entire case—all of Disney's claims and DISH's counterclaims—should be stayed pending the resolution of the bankruptcy proceeding.  Based on conversations with DISH's counsel, we understand that DISH agrees.

Disney reserves the right, should the need arise, to seek relief from the automatic stay and this Court's stay.

Respectfully submitted,

/s/ Daniel M. Petrocelli
Daniel M. Petrocelli (admitted *pro hac vice*)

*Counsel for Plaintiffs and Counterclaim
Defendant The Walt Disney Company*

cc:    Counsel of Record

This case is hereby STAYED pending the resolution of the underlying bankruptcy proceeding. Every 90 days, beginning on **October 14, 2026**, the parties shall submit an update to the Court on the status of the bankruptcy proceeding.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 14, 2026