Elyse D. Echtman
212 378 7551
eechtman@Steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

Steptoe

October 30, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *ESPN Enterprises, Inc. et al. v. DISH Network L.L.C.*, Case No. 25-civ-7169 (AS): **Joint Status Update and Request to Extend Stay**

Dear Judge Subramanian:

On behalf of Defendant DISH Network L.L.C. ("DISH"), we write in response to the Court's October 15, 2026 Order (ECF No. 211). That Order directed the parties to submit an update to the Court on the status of settlement discussions on or before October 30, 2026. We have conferred with counsel for Plaintiffs and certain Counterclaim Defendants ("Disney"), and counsel for Counterclaim Defendants FuboTV, Inc. and FuboTV Media, Inc. ("Fubo") and the parties provide the following joint update.

Settlement discussions are continuing to progress, but are not expected to be complete before the stay expires on October 31, 2026. Accordingly, the parties jointly request that the Court extend the stay through December 4, 2026 (the Friday following the week of the Thanksgiving holiday). An extension of the stay will help facilitate the continuation of those settlement efforts.

Respectfully submitted,

*/s/ Elyse D. Echtman*

Elyse D. Echtman

cc: Counsel of record